1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**

8

9  MANJIT SINGH,                               )   No. 08-CV-F-604 OWW GSA
                                               )
10         Plaintiff,                          )   JOINT STIPULATION AND ORDER RE:
                                               )   REMAND TO U.S. CITIZENSHIP AND
11     v.                                      )   IMMIGRATION SERVICES PURSUANT
                                               )   TO 8 U.S.C. § 1447(b).
12  Michael Chertoff, Secretary of Homeland    )
    Security, et al.                           )
13                                             )
           Defendants.                         )
14                                             )

15

16     This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

17  Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek

18  de novo review of this application. As of the time of this filing, the agency is prepared to

19  adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot

20  complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b).

21  Accordingly, the parties jointly agree that the case should be remanded with instructions to

22  complete adjudication of the case within 60 days from the date of the order of remand. In the

23  event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert

    to this Court, and a scheduling conference will take place as soon as possible.

24

25

26

27

28

Dated: May 27, 2008

McGREGOR W. SCOTT
United States Attorney


By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants


By: /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

**Dated:   June 11, 2008**                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE